WILLIAM G. McKELVIE and Others, Respondents, v. JOHN R. WILLIAMS,

Appellant, Impleaded, etc.— Motion granted and appeal dismissed, with costs.